## COMMONWEALTH OF MASSACHUSETTS

*District of Massachusetts*                             *United States District Court*
                                                        *CIVIL ACTION NO.*

*Quincy Mutual Fire Insurance Company*     )
                                           )
vs.                                        )    04 11819 MLW
                                           )
*United States of America*                 )
                                           )

### JURY DEMAND

The Plaintiff hereby respectfully demands a trial by jury in either or both Superior Court or District Court.

Dated this __19__ day of __AUGUST__, 2004.

By the Plaintiff's Attorneys:

_____
O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000