AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Quincy Mutual Fire Insurance Company

V.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11819 MLW

TO: (Name and address of Defendant)

United States of America
c/o United States Postal Service
24 Corliss Street
Providence, RI 02904-9331

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000
(OFF Q-04-168)

an answer to the complaint which is served on you with this summons, within ____80____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  AUG 20 2004



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

Suffolk, ss.                                              September 9, 2004

I hereby certify and return that on 9/7/2004 at 9:15AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Ilona Ferrara, agent and person in charge at time of service, for United States of America, at U.S. Attorney's Office, 1 Courthouse Way, U.S. Courthouse Suite 9200 Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   Robert Foscaldo

                                                           _____
                                                                 Deputy Sheriff

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date              Signature of Server

                            _____
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.