UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QUINCY MUTUAL FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 04-11819 MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1(D), the parties to this action, plaintiff Quincy Mutual Fire Insurance Company, by and through their undersigned counsel, and the defendant United States of America, by and through their undersigned counsel of record, hereby submit this Joint Statement.

1. **Proposed Plan for Discovery:**

The parties propose that discovery proceed as follows:

    a.    Automatic disclosure to be served by February 9, 2005
    b.    All fact discovery requests to be served by February 23, 2005
    c.    All fact depositions to be noticed by March 30, 2005
    d.    Fact depositions to be completed by May 31, 2005
    e.    Rule 26(A)(2)(B) disclosure of trial experts
           by plaintiff served by June 8, 2005
    f.    Rule 26(A)(2)(B) disclosure of trial experts
           by defendant served by June 22, 2005
    g.    Expert Depositions concluded by July 29, 2005

2. **Schedule For Filing of Motions**

Any dispositive motions to be filed by August 15, 2005. Oppositions to be filed within 14 days thereafter.

3.   **Certification**

The parties respectfully request that they be granted leave to file the necessary Rule 16.1(D)(4) certifications on or before January 26, 2005.

4.   **Magistrate Judge**

The parties consent to have this matter referred to a Magistrate Judge for all purposes.

Respectfully submitted:

By the parties,

| The Plaintiff, | The Defendant, |
|---|---|
| Quincy Mutual Fire Insurance Company<br>By Its Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Paul Valentino<br>PAUL VALENTINO, Esq.<br>O'KEEFE & GALE<br>180 West Central Street<br>Natick, MA 01760<br>(508) 655-0000 | /s/ Mark T. Quinlivan<br>MARK T. QUINLIVAN<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3606 |

Dated: January 20, 2005