UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QUINCY MUTUAL FIRE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 04-11819 MLW |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that counsel for the defendant United States of America and an authorized representative of the United States Postal Service have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).


 /s/ Mark T. Quinlivan                      /s/ Traci Pupillo
Mark T. Quinlivan                          Traci Pupillo
Assistant United States Attorney           Law Department
                                           United States Postal Service


Dated:   January 25, 2005