## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| QUINCY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) |
|  | ) Civil Action No. 04-11819 MLW |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled action hereby stipulate that this action be dismissed with prejudice and without costs, as expressly agreed in the parties' Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677, dated February 12, 2005.

| For the Plaintiff, | For the Defendant, |
|---|---|
| QUINCY MUTUAL FIRE INS. CO. | UNITED STATES OF AMERICA |
| By its attorneys | By its attorneys |
|  | Michael J. Sullivan |
|  | UNITED STATES ATTORNEY |
| /s/ Paul Valentino/by MTQ w/approval | /s/ Mark T. Quinlivan |
| Thomas C. O'Keefe | Mark T. Quinlivan |
| Paul Valentino | Assistant United States Attorney |
| O'KEEFE & GALE | John Joseph Moakley Courthouse |
| 180 West Central Street | One Courthouse Way, Suite 9200 |
| Natick, MA 01760 | Boston, MA 02210 |
| (508) 655-0000 | (617) 748-3376 |

Dated this 12th day of April 2005